WILLIAM LOVE AND ALBERT H. SCHOFIELD v. SAMUEL W. VANCE, CIRCUIT JUDGE OF ST. CLAIR COUNTY.

*Contempt—Failure to pay costs—Mandamus.*

*Mandamus* will not lie to vacate an order of a circuit judge adjudging a party to a suit guilty of contempt in refusing to pay the costs awarded against him on a continuance, *certiorari* being the proper remedy.

*Mandamus.* Argued October 24, 1893. Denied November 1, 1893.

Relators were adjudged guilty of contempt for refusing to pay the costs awarded against them on a continuance, and applied for a *mandamus* to vacate the contempt order.

*John M. Kane* and *Thomas Wellman,* for relators.

97 MICH.—40.

· *Northup & O'Donnell,* for respondent.

PER CURIAM.    The writ is denied, *certiorari* being the proper remedy.